AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalzell, Stewart | U.S. District Court | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary of the Vestry | Saint Mark's Church, Philadelphia, PA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | - Teaching Fees |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. Bear, Stearns/JP Morgan Fed. Fund | A | Interest | J | T | | | | | |
| 3. PNC Bank | A | Interest | J | T | | | | | |
| 4. RMA/Smith Barney Tax Free Fund | A | Dividend | J | T | | | | | |
| 5. BRE Properties, Inc. | B | Dividend | K | T | | | | | |
| 6. Vangaurd PA Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 7. Prime Fund-Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 8. Pepsico | A | Dividend | K | T | Buy | 11/09/11 | J | | buy add'l shares on NYSE |
| 9. Merck & Co. | B | Dividend | K | T | | | | | |
| 10. Cisco System Notes | A | Interest | K | T | | | | | |
| 11. General Electric Capital Notes | A | Interest | K | T | | | | | |
| 12. Pfizer, Inc. | A | Dividend | J | T | Sold (part) | 08/08/11 | J | A | partial sale on NYSE |
| 13. Bank America Notes | A | Interest | J | T | | | | | |
| 14. General Electric Cap. Notes | A | Interest | K | T | | | | | |
| 15. Exxon Mobil | A | Dividend | J | T | Buy | 02/10/11 | J | | buy add'l shares on NYSE |
| 16. SEI Daily Income Trust | A | Dividend | J | T | | | | | |
| 17. Waste Management | A | Dividend | K | T | Sold (part) | 12/19/11 | J | | partial sale on NYSE |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R = Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U = Book Value   V = Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Chevron | B | Dividend | L | T | | | | | |
| 19. Johnson & Johnson | A | Dividend | K | T | Buy | 11/09/11 | J | | buy add'l shares on NYSE |
| 20. General Mills | A | Dividend | J | T | Buy | 12/09/11 | J | | buy add'l shares on NYSE |
| 21. SandRidge Energy | | None | J | T | | | | | |
| 22. Seneca Foods | | None | | | Sold | 11/19/11 | K | | sell on NASDAQ |
| 23. Intel | A | Dividend | K | T | | | | | |
| 24. AT&T | A | Dividend | K | T | Buy (add'l) | 12/19/11 | J | | buy add'l shares on NYSE |
| 25. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 26. Powershares ETF | A | Dividend | J | T | | | | | |
| 27. Dominion Resources | B | Dividend | K | T | | | | | |
| 28. Nat'l Rural Utility Notes | A | Interest | | | Matured | 01/18/11 | J | A | matured |
| 29. Diageo PLC. | A | Dividend | J | T | Buy | 02/10/11 | J | | buy add'l ADRs on NYSE |
| 30. Chubb Corp. | A | Dividend | J | T | | | | | |
| 31. Windstream | B | Dividend | K | T | | | | | |
| 32. Vanguard Total Bond ETF | A | Interest | K | T | | | | | |
| 33. Conoco Phillips | A | Dividend | K | T | | | | | |
| 34. Int'l Business Machines | A | Dividend | K | T | Sold (part) | 12/06/11 | J | B | partial sale on NYSE |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N = $250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R = Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U = Book Value   V = Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Hewlett-Packard Co. | A | Dividend | J | T | Buy | 11/09/11 | J | | buy on NYSE |
| 36. Fed. Home Loan Bank Bonds | A | Interest | | | Sold | 06/17/11 | J | A | sell on NASDAQ |
| 37. Federal Farm Credit Bank Notes | A | Interest | J | T | | | | | |
| 38. Preferred Apt. Communities | A | Dividend | J | T | Buy | 11/09/11 | J | | buy on Amex |
| 39. Southwestern Bell Tel. Bonds | A | Interest | J | T | | | | | |
| 40. Fairfax Financial Holdings | A | Dividend | K | T | Sold (part) | 11/09/11 | J | D | partial sale on Toronto SE |
| 41. Henderson Global Equity | A | Dividend | J | T | | | | | |
| 42. Plum Creek Timber | A | Dividend | J | T | | | | | |
| 43. Northern Trust Corporate Bonds | A | Interest | J | T | Buy | 05/17/11 | J | | buy on NASDAQ |
| 44. Dow Chemical Notes | A | Interest | | | Redeemed | 05/16/11 | J | A | full call |
| 45. 3M Co. | A | Dividend | J | T | | | | | |
| 46. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 47. DuPont | A | Dividend | J | T | Buy | 12/19/11 | J | | buy add'l sharees on NYSE |
| 48. National Fuel Gas | A | Dividend | J | T | | | | | |
| 49. iShares Barclays Agg. Bond Fund | A | Dividend | J | T | | | | | |
| 50. Kraft Foods | A | Dividend | K | T | | | | | |
| 51. Emerson Elec. Co. | A | Dividend | K | T | Buy | 02/10/11 | J | | buy add'l shares on NYSE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Caterpillar Financial Notes | A | Interest | K | T | | | | | |
| 53. DuPont | A | Dividend | J | T | Buy | 02/10/11 | J | | buy add'l shares on NYSE |
| 54. Chesapeake Energy | A | Dividend | K | T | | | | | |
| 55. Simon Properties Group | A | Dividend | J | T | | | | | |
| 56. Vanguard Short-Term Corp. Bond Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stewart Dalzell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544